# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC. et al., <br><br> Defendants. | CASE NO. 2:24-cv-00029-JRG-RSP <br> (Lead Case) |
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. et al, <br><br> Defendants. | CASE NO. 2:24-cv-00124-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO COMPLY WITH P.R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND FOR DEFENDANTS TO COMPLY WITH P.R. 3-3 & 3-4 (INVALIDITY CONTENTIONS) AND THE COURT'S STANDING ORDER REGARDING SUBJECT MATTER ELIGIBILITY**

Before the Court is Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("Plaintiff" or "ASSIA") and Defendants Charter Communications, Inc. ("CCI"), Charter Communications Operating, LLC ("CCO"), Charter Communications Holding Company, LLC ("CCHC"), and Spectrum Management Holding Company, LLC ("SMHC") (collectively "Defendants") Joint Motion for Extension of Time for Plaintiff to Comply with P.R. 3-1 & 3-2 (Infringement Contentions) and for Defendants to Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) and the

Court's Standing Order Regarding Subject Matter Eligibility ("Motion for Extension of Time").

After consideration, the Court GRANTS the Joint Motion for Extension of Time.

It is therefore ORDERED that, in Case No. 2:24-cv-00124-JRG-RSP only, Plaintiff will have up to and including June 28, 2024 to comply with P.R. 3-1 & 3-2 (Infringement Contentions). It is further ORDERED that, in Case No. 2:24-cv-00124-JRG-RSP only, Defendants will have up to and including October 7, 2024 to comply with P.R. 3-3 & 3-4 (Invalidity Contention) and to comply with Standing Order Regarding Subject-Matter Eligibility Contentions.