# *Exhibit B*

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | '669 Patent | |
| 1. | 14 | "A method of adjusting Forward Error Correcting (FEC) coding in a Digital Subscriber Line (DSL) modem in which data is transmitted between a transmitter and a receiver on a channel" | No construction necessary; the preamble is not limiting. | Intrinsic Evidence:<br>• '669 Patent at Fig. 6, 21:61–23:10, Abstract, 1:26–31, 1:46–2:28, 3:61–66, 4:6–5:2, 5:14–35, 5:39–62, 6:51–59, 10:23–29, 12:10–39, 13:4–7, 14:6–19, 14:20–17:62, 20:41–52.<br>• ASSIA_AT&T-014691–ASSIA_AT&T-014717.<br>• Prosecution history of all claims of the '669 Patent. *See, e.g.*, ASSIA_AT&T-005122–ASSIA_AT&T-005819.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T- |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. <br><br> • Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069864–069866; ASSIA_AT&T-069860–069863; ASSIA_AT&T-069855, ASSIA_AT&T-069858–069859; ASSIA_AT&T-069867; ASSIA_AT&T-069882; ASSIA_AT&T-069886; ASSIA_AT&T-069890–069891; ASSIA_AT&T-069875; ASSIA_AT&T-069915; ASSIA_AT&T-069918–069919; ASSIA_AT&T-069931–069935; ASSIA_AT&T-069937; |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | ASSIA_AT&T-069939; ASSIA_AT&T-069894; ASSIA_AT&T-069897–069898; ASSIA_AT&T-069901–069904; ASSIA_AT&T-069907–069909; ASSIA_AT&T-069911; ASSIA_AT&T-069963; ASSIA_AT&T-069966–069967; ASSIA_AT&T-069940–069942; ASSIA_AT&T-069947; ASSIA_AT&T-069951; ASSIA_AT&T-069956–069957; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '669 Patent. |
| 2. | 14 | "adjusting the CCR when the MEV differs sufficiently from the TEV" | No construction necessary; not indefinite. | Intrinsic Evidence:<br>• '669 Patent at 21:61–23:10, Fig. 4, Fig. 5 , 1:33–61, 2:57–3:4, 3:5–3:28, 3:61–66, 3:66–4:2, 4:6–37, 4:38–51, 5:47–62, 5:63–6:10, 7:31–55, 8:15–35, 8:61–9:7, 9:8–67, 10:1– |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|------------|-------------------------------|----------------------------------|
|     |        |            |                               | 22, 12:10–39, 12:40–13:3, 13:50–14:5, 15:48–64, 16:63–17:46.<br>• ASSIA_AT&T-014691–ASSIA_AT&T-014717.<br>• Prosecution history of all claims of the '669 Patent. *See, e.g.*, ASSIA_AT&T-005122–ASSIA_AT&T-005819.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T- |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. <br><br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069947–069951; ASSIA_AT&T-069867–069869; ASSIA_AT&T-069931; ASSIA_AT&T-069894–069896; ASSIA_AT&T-069963–069965; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974. <br><br>• AT&T's Invalidity Contentions <br><br>• The patents and/or publications cited on the face of the '669 Patent. |
| | | **'458 Patent** | | |
| 3. | 1 | "A method of evaluating operational characteristics of a multi-line, vectored Digital Subscriber Line (DSL) system having a plurality of crosstalking | No construction necessary; the preamble is non-limiting. | Intrinsic Evidence: <br><br>• '458 Patent 18:33–20:10, Abstract, Fig. 3, Fig. 5A, 1:26–38, 2:48–67, 3:36–53, 3:65–4:51, 5:31–35, 8:13–27, |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|------------|-------------------------------|----------------------------------|
| | | lines in a common communication channel (channel)" | | 11:17–53, 13:15–37, 13:38–14:53, 18:20–31.<br>• ASSIA_AT&T-014788–ASSIA_AT&T-014813.<br>• Prosecution history of all claims of the '458 Patent. *See, e.g.*, ASSIA_AT&T-009741–ASSIA_AT&T-010290.<br><br>Extrinsic Evidence:<br>• Expert declaration.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865– |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|-----------|-------------------------------|-----------------------------------|
|  |  |  |  | 011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069858; ASSIA_AT&T-069871; ASSIA_AT&T-069880; ASSIA_AT&T-069883; ASSIA_AT&T-069888; ASSIA_AT&T-069917; ASSIA_AT&T-069900; ASSIA_AT&T-069910; ASSIA_AT&T-069912; ASSIA_AT&T-069969; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '458 Patent. |
| 4. | 4 | "on a periodic basis" | At fixed intervals | Intrinsic Evidence:<br>• '458 Patent at 18:33–20:10, 13:55–14:8.<br>• ASSIA_AT&T-014788–ASSIA_AT&T-014813.<br>• Prosecution history of all claims of the '458 Patent. *See, e.g.*, ASSIA_AT&T- |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 009741–ASSIA_AT&T-010290.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069884; |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | ASSIA_AT&T-069913; ASSIA_AT&T-069928; ASSIA_AT&T-069972; *see also* ASSIA_AT&T-069850– ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '458 Patent. |
| | | '122 Patent | | |
| 5. | 14–18, 20 | "DSL line set" | Set of one or more DSL lines | Intrinsic Evidence:<br>• '122 Patent at 18:7–22:8, 18:39–45, 20:34–38, 1:34–61, 11:38–60, 13:65–14:22, 14:59–15:15, 15:16–45.<br>• ASSIA_AT&T-014740– ASSIA_AT&T-014762.<br>• Prosecution history of all claims of the '122 Patent. *See, e.g.*, ASSIA_AT&T-008802–ASSIA_AT&T-009740.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|-----------|-------------------------------|----------------------------------|
| | | | | expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos. <br> • DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. <br> • Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069858; ASSIA_AT&T-069887; ASSIA_AT&T-069888; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974. <br> • AT&T's Invalidity Contentions |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | • The patents and/or publications cited on the face of the '122 Patent. |
| 6. | 14, 20 | "a data collection unit configured to collect operational data from a new DSL line set and an already-operating DSL line set"<br><br>"collecting operational data, via a data collection unit, from the new DSL line set and the already-operating DSL line set" | No construction necessary; these terms are not governed by § 112(f).<br><br>In the alternative: if § 112(f) does apply, the function for claim 14 is:<br><br>collecting operational data from a new DSL line set and an already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, computer module, etc. as described at 13:35–39.<br><br>If § 112(f) does apply, the function for claim 20 is:<br><br>collecting operational data from a new DSL line set and an already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, | Intrinsic Evidence:<br>• '122 Patent at 18:7–22:8, Abstract, Fig. 1, Fig. 3A, Fig. 3B, Fig. 6, 1:34–61, 1:65–2:8, 2:52–3:27, 3:34–54, 4:8–39, 4:51–6:67, 9:9–21, 12:60–13:34, 13:35–13:64, 14:40–58, 16:4–17:13, 17:14–59.<br>• ASSIA_AT&T-014740–ASSIA_AT&T-014762.<br>• Prosecution history of all claims of the '122 Patent. *See, e.g.*, ASSIA_AT&T-008802–ASSIA_AT&T-009740.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T- |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | computer module, etc. as described at 13:35–39. | 000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069853; ASSIA_AT&T-069858; ASSIA_AT&T-069873; ASSIA_AT&T-069877; ASSIA_AT&T-069878; ASSIA_AT&T-069883; ASSIA_AT&T-069892; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|------------|-------------------------------|----------------------------------|
| | | | | of the '122 Patent. |
| 7. | 14, 20 | "an analysis unit coupled to the collection unit, wherein the analysis unit is configured to: analyze the collected operational data; determine an operational configuration for at least one DSL line in the new DSL line set that will allow the new DSL line set to join the already-operating DSL line set without disrupting the already-operating DSL line set; evaluate data received by the new DSL line set; and evaluate data received by the already-operating DSL line set;"<br><br>"performing the following operations, via an analysis unit coupled to the collection unit: analyzing the collected operational data; determining an operational configuration for at least one DSL line in the new DSL line set that will allow the new DSL line set to join the already-operating DSL line set without disrupting the already-operating DSL line set; evaluating data received by the new DSL line | No construction necessary; these terms are not governed by § 112(f).<br><br>In the alternative, if § 112(f) does apply, the function for claim 14 is:<br><br>analyzing the collected operational data; determine an operational configuration for at least one DSL line in the new DSL line set that will allow the new DSL line set to join the already-operating DSL line set without disrupting the already-operating DSL line set; evaluate data received by the new DSL line set; and evaluate data received by the already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, computer module, etc. as described at 13:35–39.<br><br>If § 112(f) does apply, the function for claim 20 is:<br><br>analyzing the collected operational | Intrinsic Evidence:<br>• '122 Patent at 18:7–22:8, Abstract, Fig. 1, Fig. 3A, Fig. 3B, Fig. 6, 1:34–61, 1:65–2:8, 2:52–3:27, 3:34–54, 4:8–39, 4:51–6:67, 9:9–21, 12:60–13:34, 13:35–13:64, 13:65–14:22, 14:40–58, 16:4–17:13, 17:14–59.<br>• ASSIA_AT&T-014740–ASSIA_AT&T-014762.<br>• Prosecution history of all claims of the '122 Patent. *See, e.g.*, ASSIA_AT&T-008802–ASSIA_AT&T-009740.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | set; and evaluating data received by the already-operating DSL line set;" | data; determine an operational configuration for at least one DSL line in the new DSL line set that will allow the new DSL line set to join the already-operating DSL line set without disrupting the already-operating DSL line set; evaluate data received by the new DSL line set; and evaluate data received by the already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, computer module, etc. as described at 13:35–39. | ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.,* ASSIA_AT&T-069853; ASSIA_AT&T-069854; ASSIA_AT&T-069858; ASSIA_AT&T-069859; ASSIA_AT&T-069872; ASSIA_AT&T-069873; ASSIA_AT&T-069874; ASSIA_AT&T-069877; ASSIA_AT&T-069878; ASSIA_AT&T-069880; ASSIA_AT&T-069883; ASSIA_AT&T-069886; ASSIA_AT&T-069892; ASSIA_AT&T-069899; |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | ASSIA_AT&T-069912; ASSIA_AT&T-069928; ASSIA_AT&T-069968; ASSIA_AT&T-069970.; *see also* ASSIA_AT&T-069850– ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '122 Patent. |
| 8. | 14, 20 | "a control signal generator coupled to the analysis unit, wherein the control signal generator is configured to send control signals to the new DSL line set and to the already-operating DSL line set, further wherein the control signals comprise signals controlling operation of at least one of the following: the new DSL line set; or the already-operating DSL line set;"<br><br>"sending control signals, via a control signal generator coupled to the analysis unit, to the new DSL line set and to the already-operating DSL line set, further | No construction necessary; these terms are not governed by § 112(f).<br><br>In the alternative, if § 112(f) does apply, the function for claim 14 is:<br><br>sending control signals to the new DSL line set and to the already-operating DSL line set, further wherein the control signals comprise signals controlling operation of at least one of the following: the new DSL line set; or the already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, | Intrinsic Evidence:<br>• '122 Patent at 18:7–22:8, Abstract, Fig. 1, Fig. 3A, Fig. 3B, Fig. 6, 1:34–61, 1:65–2:8, 2:52–3:27, 3:34–54, 4:8–39, 4:51–6:67, 9:9–21, 12:60– 13:34, 13:35–13:64, 14:40– 58, 16:4–17:13, 17:14–59.<br>• ASSIA_AT&T-014740– ASSIA_AT&T-014762.<br>• Prosecution history of all claims of the '122 Patent. *See, e.g.*, ASSIA_AT&T-008802–ASSIA_AT&T-009740.<br><br>Extrinsic Evidence: |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | wherein the control signals comprise signals controlling operation of at least one of the following: the _new DSL line set; or the already-operating DSL line set;" | computer module, etc. as described at 13:65–14:18.<br><br>In the alternative, if § 112(f) does apply, the function for claim 20 is:<br><br>sending control signals to the new DSL line set and to the already-operating DSL line set, further wherein the control signals comprise signals controlling operation of at least one of the following: the new DSL line set; or the already-operating DSL line set<br><br>The corresponding structure includes: a computer, processor, IC, computer module, etc. as described at 13:65–14:18. | • Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069858; ASSIA_AT&T-069872; ASSIA_AT&T-069873; ASSIA_AT&T-069874; ASSIA_AT&T-069883; |

16

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | ASSIA_AT&T-069892; ASSIA_AT&T-069899; ASSIA_AT&T-069968; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '122 Patent. |
| 9. | 20 | "machine readable medium" | No construction necessary.<br><br>In the alternative, tangible medium of a computer program product. | Intrinsic Evidence:<br>• '122 Patent at 18:7–22:8, Fig. 6, 16:4–63, 16:64–17:59, 17:60–18:4.<br>• ASSIA_AT&T-014740–ASSIA_AT&T-014762.<br>• Prosecution history of all claims of the '122 Patent. *See, e.g.*, ASSIA_AT&T-008802–ASSIA_AT&T-009740.<br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, |

17

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|-----------|------------------------------|----------------------------------|
|  |  |  |  | ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069881; ASSIA_AT&T-069936; ASSIA_AT&T-069958; ASSIA_AT&T-069959; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity Contentions<br>• The patents and/or publications cited on the face of the '122 Patent. |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
|  |  |  |  |  |
|  | **'631 Patent** |
| 10. | 1, 34 | "substantially not simultaneous" | No construction necessary. | Intrinsic Evidence:<br>• '631 Patent at 4:42–59, 9:57–63, 14:2–10, 14:18–23, 14:40–46.<br>• ASSIA_AT&T-014718–ASSIA_AT&T-014739.<br>• Prosecution history of all claims of the '631 Patent. *See, e.g.*, ASSIA_AT&T-070340-ASSIA_AT&T-070850.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T- |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. <br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-09867; ASSIA_AT&T-069888–069889; ASSIA_AT&T-069921–069924; ASSIA_AT&T-069925; ASSIA_AT&T-069930; ASSIA_AT&T-069963; ASSIA_AT&T-069974.; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974. <br>• AT&T's Invalidity Contentions <br>• The patents and/or publications cited on the face of the '631 Patent. |
| 11. | 1, 9, 11, 14, 33, 34, 35, 37 | "physical channel" | No construction necessary. | Intrinsic Evidence: <br>• '631 Patent at 1:24–34, 2:1– |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 12, 2:30–44, Fig. 3, Fig. 4, Fig. 5, Fig. 6, Fig. 7.<br>• ASSIA_AT&T-014718–ASSIA_AT&T-014739.<br>• Prosecution history of all claims of the '631 Patent. *See, e.g.*, ASSIA_AT&T-070473; ASSIA_AT&T-070507; *see also* ASSIA_AT&T-070340-ASSIA_AT&T-070850.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779– |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.,* ASSIA_AT&T-069921–069924; ASSIA_AT&T-069867; ASSIA_AT&T-069875; ASSIA_AT&T-069915; ASSIA_AT&T-069920; ASSIA_AT&T-069931–069933; ASSIA_AT&T-069938; ASSIA_AT&T-069894; ASSIA_AT&T-069897; ASSIA_AT&T-069907–069909; ASSIA_AT&T-069914; ASSIA_AT&T-069963; ASSIA_AT&T-069966; ASSIA_AT&T-069973; ASSIA_AT&T-069940–069942; ASSIA_AT&T-069947; ASSIA_AT&T-069951; ASSIA_AT&T-069961–069962; *see also* |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | ASSIA_AT&T-069850–ASSIA_AT&T-069974. <br><br> • AT&T's Invalidity Contentions <br><br> • The patents and/or publications cited on the face of the '631 Patent. |
| 12. | 34 | "machine-readable medium" | No construction necessary. <br><br> In the alternative: tangible medium of a computer program product. | Intrinsic Evidence: <br> • '631 Patent at 2:35–37, 19:1–28. <br> • ASSIA_AT&T-014718–ASSIA_AT&T-014739. <br> • Prosecution history of all claims of the '631 Patent. *See, e.g.*, ASSIA_AT&T-070346; ASSIA_AT&T-070508; ASSIA_AT&T-070832; ASSIA_AT&T-070834; ASSIA_AT&T-070837; *see also* ASSIA_AT&T-070340-ASSIA_AT&T-070850. <br><br> Extrinsic Evidence: <br> • Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050.<br>• Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069921–069924; ASSIA_AT&T-069881; ASSIA_AT&T-069936; ASSIA_AT&T-069958; ASSIA_AT&T-069959; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br>• AT&T's Invalidity |

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Contentions<br>• The patents and/or publications cited on the face of the '631 Patent. |
| 13. | 37 | "means for scheduling upstream time slots for upstream transmission in a first physical channel" | Not indefinite.<br><br>Under 35 U.S.C. § 112(6), the function for this term is:<br><br>"scheduling upstream time slots for upstream transmission in a first physical channel"<br><br>The corresponding structure for this term includes: a TDD management system, a scheduling module, and/or equivalents thereof as described in the Summary, Fig. 12, 3:22–26; 5:36–56; 5:61–62; 6:6–8; 8:10–13; 9:41–10:42; 11:11–15; 13:7–33; 13:42–47; 13:62–66; 14:24–34; 14:47–15:3; 16:13–19; and 16:45–18:23. | Intrinsic Evidence:<br>• '631 Patent at 1:24–40, 2:30–44, 3:26–30, 3:53–64, 4:42–65, 6:34–43, 7:52–63, 8:55–9:63, 10:14–42, 12:34–43, 13:34–14:10, 14:18–46, 15:28–33, 16:1–5, 16:40–53, 17:48–57, 18:12–23, Fig. 1, Fig. 4, Fig. 5, Fig. 8, Fig. 9, Fig. 11, Fig. 12, 3:22–26, 5:36–56, 5:61–62, 6:6–8, 8:10–13, 9:41–10:42, 11:11–15, 13:7–33, 13:42–47, 13:62–66, 14:24–34, 14:47–15:3, 16:13–19, 16:45–18:23, 1:24–34, 2:1–12, 2:30–44, Fig. 3, Fig. 4, Fig. 5, Fig. 6, Fig. 7.<br>• ASSIA_AT&T-014718–ASSIA_AT&T-014739.<br>• Prosecution history of all claims of the '631 Patent. *See, e.g.*, ASSIA_AT&T-070340-ASSIA_AT&T-070850. |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Extrinsic Evidence: <br> • Expert declaration. <br> • DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. <br> • Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069921–069924.; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974. <br> • AT&T's Invalidity Contentions |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | • The patents and/or publications cited on the face of the '631 Patent. |
| 14. | 37 | "means for scheduling downstream time slots for downstream transmission in a second physical channel subject to crosstalk from the upstream time slots, wherein transmission in the upstream time slots is substantially not simultaneous with transmission in the downstream time slots" | Not indefinite.<br><br>Under 35 U.S.C. § 112(6), the term under construction should be "means for scheduling downstream time slots for downstream transmission in a second physical channel subject to crosstalk from the upstream time slots."<br><br>The function for this term is:<br><br>"scheduling upstream time slots for upstream transmission in a first physical channel subject to crosstalk from the upstream time slots"<br><br>The corresponding structure for this term includes:<br><br>A TDD management system, a scheduling module, and/or equivalents thereof as described in the Summary, Fig. 12, 3:22-26; 5:36-56; 5:61-62; 6:6-8; 8:10-13; 9:41-10:42; 11:11-15; 13:7-33; 13:42-47; 13:62-66; 14:24-34; 14:47-15:3; 16:13-19; and 16:45-18:23. | Intrinsic Evidence:<br>• '631 Patent at 1:24–40, 2:30–44, 3:26–30, 3:53–64, 4:42–65, 6:34–43, 7:52–63, 8:55–9:63, 10:14–42, 12:34–43, 13:34–14:10, 14:18–46, 15:28–33, 16:1–5, 16:40–53, 17:48–57, 18:12–23, Fig. 1, Fig. 4, Fig. 5, Fig. 8, Fig. 9, Fig. 11, Fig. 12, 3:22–26, 5:36–56, 5:61–62, 6:6–8, 8:10–13, 9:41–10:42, 11:11–15, 13:7–33, 13:42–47, 13:62–66, 14:24–34, 14:47–15:3, 16:13–19, 16:45–18:23, 1:24–34, 2:1–12, 2:30–44, Fig. 3, Fig. 4, Fig. 5, Fig. 6, Fig. 7, 1:18–20, 2:8–11, 2:25–44, Fig. 10, 5:17–25, 5:29–35, 5:61–6:2, 9:6–10, 9:21–24, 11:1–4, 11:33–39, 11:65–12:43, 13:1–6, 13:24–41, 14:24–34, 16:25–32, 17:29–38, 17:64–18:16.<br>• ASSIA_AT&T-014718–ASSIA_AT&T-014739. |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|-----|--------|------------|-------------------------------|----------------------------------|
|     |        |            |                               | • Prosecution history of all claims of the '631 Patent. *See, e.g.*, ASSIA_AT&T-070340-ASSIA_AT&T-070850.<br><br>Extrinsic Evidence:<br>• Declaration and/or testimony of any of the disclosed expert(s) in this case, including Art Brody and/or Ioannis Kanellakopoulos.<br>• DSL Standards. *See, e.g.*, ASSIA_AT&T-000001–000252; ASSIA_AT&T-000275–001132; ASSIA_AT&T-00114–001290; ASSIA_AT&T-001294–001789; ASSIA_AT&T-001812–001969; ASSIA_AT&T-001999–002730; ASSIA_AT&T-002779–002934; ASSIA_AT&T-003256–003833; ASSIA_AT&T-004446–004505; ASSIA_AT&T-004531–004750; ASSIA_AT&T-010865–011050. |

**EXHIBIT B**

| No. | Claims | Claim Term | ASSIA's Proposed Construction | Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
|  |  |  |  | • Dictionaries/technical references. *See, e.g.*, ASSIA_AT&T-069921–069924; *see also* ASSIA_AT&T-069850–ASSIA_AT&T-069974.<br><br>• AT&T's Invalidity Contentions<br><br>• The patents and/or publications cited on the face of the '631 Patent. |