IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AT&T MOBILITY II LLC AND AT&T SERVICES INC. <br><br> Defendants. | Civil Action No.: 2:24-cv-00029-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS ALL CLAIMS AND
DEFENSES RELATED TO U.S. PATENT NO. 7,428,669**

Plaintiff Adaptive Spectrum and Signal Alignment, Inc. ("ASSIA") and Defendants AT&T Enterprises, LLC, AT&T Mobility LLC, AT&T Mobility II LLC, and AT&T Services Inc. ("AT&T") (collectively the "Parties"), hereby move to dismiss all claims and counterclaims concerning U.S. Patent No. 7,428,669 ("the '669 patent") **without prejudice**. Each party will bear its own attorneys' fees and costs.

1

| | |
|---|---|
| DATED: February 4, 2025 | Respectfully submitted, |
| */s/ Justin T. Nemunaitis* | */s/ M. Scott Stevens* |
| Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>Justin T. Nemunaitis<br>Texas Bar No. 24065815<br>Email: jnemunaitis@caldwellcc.com<br>Hamad M. Hamad<br>Texas Bar No. 24061268<br>Email: hhamad@caldwellcc.com<br>Bailey A. Blaies<br>Texas Bar No. 24109297<br>Email: bblaies@caldwellcc.com<br>Bjorn A. Blomquist<br>Texas Bar No. 24125125<br>Email: bblomquist@caldwellcc.com<br>Paul Ashton Duke<br>Texas Bar No. 24140082<br>Email: aduke@caldwellcc.com<br>**CALDWELL CASSADY CURRY P.C.**<br>2121 N. Pearl Street<br>Suite 1200<br>Dallas, Texas 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>Email: andrea@millerfairhenry.com<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>Telephone: (903) 757-6400<br>Facsimile: (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF ADAPTIVE SPECTRUM AND SIGNAL ALIGNMENT, INC.** | M. Scott Stevens (NC Bar No. 37828)<br>Nicholas C. Marais (NC Bar No. 53533)<br>**ALSTON & BIRD LLP**<br>1120 South Tryon Street, Suite 300<br>Charlotte, NC 28203-6818<br>Telephone: (704) 444-1000<br>Facsimile: (704) 444-1111 Email:<br>scott.stevens@alston.com Email:<br>nic.marais@alston.com<br><br>Theodore Stevenson, III (TX Bar No. 19196650)<br>**ALSTON & BIRD LLP**<br>2200 Ross Avenue, Suite 2300<br>Dallas TX 75201<br>Phone: (214) 922-3400<br>Fax: (214) 922-3899<br>Email: ted.stevenson@alston.com<br><br>David S. Frist (GA Bar No. 205611)<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>Email: david.frist@alston.com<br><br>Deron R. Dacus (TX Bar No. 790553)<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Phone: (903) 705-1117<br>Email: ddacus@dacusfirm.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirements of Local Rule CV-7(g). Counsel for both parties discussed the issues presented here on February 4, 2025. Counsel for Defendant indicated that it was not opposed to the relief sought herein.

*/s/ Justin T. Nemunaitis*
Justin T. Nemunaitis

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on February 4, 2025. Local Rule CV-5(a)(3)(A).

*/s/ Justin T. Nemunaitis*
Justin T. Nemunaitis